**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Michael Hoskins<br>　　　　　　　Plaintiff<br><br>V.<br><br>Verde Energy USA, Inc.,<br>　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 15cv40078-TSH |

## AGREEMENT FOR JUDGMENT FOR THE PLAINTIFF

Now come the parties in the above-entitled action, by their attorneys, and hereby and agree that the following judgment shall enter:

　　Judgment for the Plaintiff in the sum of $ 501.00 without interest, and with costs.

Dated this 29 day of December, 2015.

　　　　　　　　　　　　　　　　　　By the Court

　　　　　　　　　　　　　　　　　　/s/ Martin Castles
　　　　　　　　　　　　　　　　　　Deputy Clerk